USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ILAN KISSEL,

                                Plaintiff,

         -against-                          20-CV-5861 (VEC)

                                         ORDER

DR. SCOTT O. KISSEL P.C. HEALTH PLAN
AND UNITED HEALTH CARE INSURANCE
COMPANY, INC., D/B/A UNITED
HEALTHCARE OXFORD,

                                Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 17, 2020, the parties called Chambers with a discovery dispute;

       IT IS HEREBY ORDERED that a telephone conference is scheduled for **Friday, December 18, 2020, at 10:00 A.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 5861. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  December 17, 2020
         New York, New York

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**