USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ILAN KISSEL,                                    :
                                                :
                          Plaintiff,            :
                                                :
            -against-                           :                20-CV-5861 (VEC)
                                                :
                                                :                ORDER
DR. SCOTT O. KISSEL P.C. HEALTH PLAN            :
AND UNITED HEALTH CARE INSURANCE               :
COMPANY, INC., D/B/A UNITED                     :
HEALTHCARE OXFORD,                              :
                                                :
                          Defendants.           :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 18, 2020, the parties appeared for a telephone conference to

discuss a discovery dispute;

        IT IS HEREBY ORDERED that for the reasons stated at the conference, Plaintiff's

request to take a deposition of a representative of the Colorado facility is DENIED.

        IT IS FURTHER ORDERED that if, at any time, both parties want a settlement

conference with the assigned Magistrate Judge, they may submit a joint letter requesting a

referral.


**SO ORDERED.**

**Date:  December 18, 2020**                              _____
**        New York, New York**                              **VALERIE CAPRONI**
                                                          **United States District Judge**