USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILAN KISSEL,                                     :
                                                 :
                           Plaintiff,            :
                                                 :
           -against-                             :    20-CV-5861 (VEC)
                                                 :
                                                 :    ORDER
DR. SCOTT O. KISSEL P.C. HEALTH PLAN             :
AND UNITED HEALTH CARE INSURANCE                 :
COMPANY, INC., D/B/A UNITED                      :
HEALTHCARE OXFORD,                               :
                                                 :
                           Defendants.           :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on January 15, 2021, the parties appeared for a pre-trial conference;

   IT IS HEREBY ORDERED that the summary trial briefing schedule is as follows:

Plaintiff's brief in favor of judgment is due no later than **Friday, March 5, 2021**; Defendant's brief in favor of judgment and in response to Plaintiff is due no later than **Friday, April 2, 2021**; Plaintiff's response to Defendant and Plaintiff's reply is due no later than **Friday, April 30, 2021**; and Defendant's reply is due no later than **Friday, May 14, 2021**.

   IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date:  January 15, 2021**                            _____
       **New York, New York**                          **VALERIE CAPRONI**
                                                       **United States District Judge**