**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/02/2021

LAW OFFICES
**MARK SCHERZER**
49 NASSAU STREET, FOURTH FLOOR
NEW YORK, NEW YORK  10038

**MARK SCHERZER**
_____
A. CHRISTOPHER WIEBER

TELEPHONE: 212.406.9606
TELECOPIER: 212.964.6903
mark.scherzer@verizon.net

March 2, 2021

**BY ECF Filing**
Hon. Judge Valerie E. Caproni
U.S. District Court, Southern District of New York
40 Centre Street, Courtroom 443
New York, NY 10007

**RE:  Kissel v. United Healthcare Ins. Co.
20 CIV 5861  (VEC)**

Dear Judge Caproni:

I represent plaintiff, Ilan Kissel, in the above action, and write to request that the dates of the summary trial briefing schedule be adjourned by one week from the deadlines established in the Court's scheduling order dated January 15, 2021  (Doc. 25).

The reason for the requested adjournment is longer than anticipated side-effect time from my second COVID-19 vaccination which has impaired my work capacity.  The current due date of the initial papers is this Friday, March 5, 2021. There has been no prior request for adjournment.  Michael Bernstein, Esq., of Robinson & Cole, P.C., counsel for defendant United Healthcare Insurance Company ("United"), has consented to this request.  The proposed new schedule for the summary trial briefs would be:  Plaintiff's brief in favor of judgment due no later than Friday, March 12, 2021; Defendant's brief in favor of judgment and in response to Plaintiff due no later than Friday, April 9, 2021; Plaintiff's response to Defendant and Plaintiff's reply due no later than Friday, May 7, 2021; and Defendant's reply due no later than Friday, May 21, 2021.

Respectfully submitted,

*Mark Scherzer*

Mark Scherzer
Attorney for Plaintiff

cc: Michael Bernstein, Esq.
    Jovana Vunovic, Esq.

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni*

Date: March 2, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE